HASBROUCK v. GALLAGHER. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Louis B. Hasbrouck against Patrick Gallagher. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 1121.

HARVEY, Respondent, v. PROCTOR, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by John L. Harvey against Frederick F. Proctor. No opinion. Motion denied. See, also, 142 N. Y. Supp. 769.

HASBERG, Appellant, v. PICKER BROS., Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Nathan Hasberg against Picker Bros. M. L. Malevinsky, of New York City, for appellant. W. A. Jones, Jr., of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

HAUSER, Appellant, v. HAUSER, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Bertie Hauser against William J. Hauser. G. W. Glaze, of New York City, for appellant. S. D. Lasky, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 157 App. Div. 919, 142 N. Y. Supp. 1122; 143 N. Y. Supp. 1121.

HAUSER, Respondent, v. HAUSER, Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Bertie Hauser against William J. Hauser. S. D. Lasky, of New York City, for appellant. G. W. Glaze, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1121.

HAYES, Respondent, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Lewis S. Hayes against the Syracuse, Binghamton & New York Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HAZER, Respondent, v. WILLIS, Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Nettie G. Hazer, now Nettie G. Sheldon, against Thomas Willis. No opinion. Judgment and order unanimously affirmed, with costs.

HEALY, Respondent, v. HEALY et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Anna M. Healy against William J. Healy and another, as executors, etc., of Dennis A. Healy, deceased. No opinion. Judgment unanimously affirmed, with costs.

143 N.Y.S.—71

HEARN et al., Appellants, v. SCHUCHMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by George A. Hearn and others against George Schuchman. No opinion. Motion for leave to appeal to the Court of Appeals (from 157 App. Div. 926, 142 N. Y. Supp. 573) granted, and the following question certified: Does the complaint herein state a cause of action against the defendant?

HEIDELBERG TOWER ELECTRIC ADVERTISING CO. v. NO. 1465 BROADWAY CO. et al. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by the Heidelberg Tower Electric Advertising Company against the No. 1465 Broadway Company and others. J. H. Jones, of New York City, for plaintiff. Rockwood & Haldane, of New York City, for defendants. PER CURIAM. Judgment affirmed, with costs. Order filed. INGRAHAM, P. J., dissents.

In re HEINSHEIMER. MEYER v. SCHULTE et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of Norbert Heinsheimer. Action by Anton H. Meyer, as assignee, against David A. Schulte and others. A. Gordon, of New York City, for appellant. J. Eisner, of New York City, for respondents Schulte and others. H. K. Heyman, of New York City, for respondent Heinsheimer. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 148 App. Div. 892, 132 N. Y. Supp. 1138.

HEMSTREET, Respondent, v. CHILDS, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Ralph E. Hemstreet against Gertrude E. Childs. No opinion. Order affirmed, with $10 costs and disbursements.

HERMANN, Respondent, v. WOLFF et al., Appellants. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Harry W. Hermann against William E. Wolff and others. L. Marshall, of New York City, for appellants. G. D. Lamb, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HERZ, Appellant, v. ROYAL ANTISEPTIC TOOTHPICK CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Alexander Herz against the Royal Antiseptic Toothpick Company. L. E. Varney, of New York City, for appellant. A. Brekstone, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.